IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JANET ELAINE GREGORY WILSON, | ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 1:24-00305-N ) |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff Janet Elaine Gregory Wilson's action be **DISMISSED with prejudice**.

The Clerk is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 16th day of October, 2025.

>	*/s/ Katherine P. Nelson*
>	**KATHERINE P. NELSON**
>	**UNITED STATES MAGISTRATE JUDGE**